AO 245B (Rev. 12/11) Judgment in a Criminal Petty Case
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 20 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA
v.
MARTIN SALVADOR-DELALIMA (1)

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 18CR3400-JLS

MARK F. ADAMS
Defendant's Attorney

REGISTRATION NO. 71332298

THE DEFENDANT:
☒ pleaded guilty to count(s) 3 of the Superseding Information
☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8:1325(a)(2); 18:2 | Improper Entry by an Alien; Aiding and Abetting | 3 |

The defendant is sentenced as provided in this judgment.

☒ Count(s) (remaining counts) ___ is ☐ are ☒ dismissed on the motion of the United States.
☑ IT IS ADJUDGED that

Defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:
TIME SERVED

☐ The defendant has been found not guilty on count(s) _____
☐ Assessment: $10

☒ Fine waived    ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

November 16, 2018
Date of Imposition of Sentence

HON. JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

18CR3400-JLS